UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY A. MACHOLTZ,   Case No. 1:19-cv-00173

    Plaintiff,   Hon. Robert J. Jonker
                                               Mag. Judge Phillip J. Green

v.

CARRINGTON MORTGAGE SERVICES, LLC,
a Delaware limited liability company, and
WILMINGTON SAVINGS FUND SOCIETY, FSB,
AS TRUSTEE OF STANWICH MORTGAGE LOAN
TRUST, a Delaware corporation,

    Defendants.

---

## INDEX OF EXHIBITS

## DEFENDANTS' BRIEF IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

| | | |
|---|---|---|
| Exhibit A | — | Promissory Note |
| Exhibit B | — | Mortgage |
| Exhibit C | — | Assignment of Mortgage |
| Exhibit D | — | Notice of Servicing Transfer |
| Exhibit E | — | Notice |
| Exhibit F | — | Plaintiff's Deposition Transcript |
| Exhibit G | — | CMS Note |
| Exhibit H | — | Trustee's Motion to Dismiss Chapter 13 Case |
| Exhibit I | — | June 2016 Correspondence regarding loan default |
| Exhibit J | — | September 2016 Correspondence regarding loan default and foreclosure |
| Exhibit K | — | April 2017 Correspondence from Carrington Mortgage Services |

03264636 v1

| | | |
|---|---|---|
| Exhibit L | — | July 2017 Correspondence from Volks Anwalt regarding representation of Anthony Malcholtz |
| Exhibit M | — | Notice of Sale and Pending Foreclosure |
| Exhibit N | — | Notice of Adjournment of Mortgage Foreclosure Sale |
| Exhibit O | — | Sheriff's Deed on Mortgage Sale |
| Exhibit P | — | CMS July 2018 Correspondence |
| Exhibit Q | — | CMS October 2018 Correspondence |
| Exhibit R | — | Deposition Transcript of CMS Representative |
| Exhibit S | — | Transcript of February 28, 2019 Telephone Call |
| Exhibit T | — | Monthly Loan Statements – July, August and September 2018 |